STATE of Missouri, Respondent,

v.

James NDUNGU, Appellant.

No. ED 104016

Missouri Court of Appeals,
Eastern District,
**DIVISION FOUR.**

FILED: March 21, 2017

Tory D. Bernsen, Clayton, MO, for appellant.

Josh Hawley, Evan J. Buchheim, Jefferson City, MO, for respondent.

Before James M. Dowd, P.J., Kurt S. Odenwald, J., and Gary M. Gaertner, Jr., J.

## ORDER

PER CURIAM

James Ndungu ("Ndungu") appeals the trial court's judgment entered after a jury convicted him of driving while intoxicated ("DWI"). On appeal, Ndungu contests the sufficiency of the evidence and assigns trial-court error to the admission of certain evidence. Because ample evidence supported the conviction and no plain error occurred, we affirm the trial court's judgment.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).